No. 93–9321.  GREGORY v. LAWHORN, WARDEN.  C. A. 4th Cir.
Certiorari denied.

No. 93–9325.  LONG v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–9326.  MOORE v. JONES, WARDEN, ET AL.  C. A. 11th
Cir.  Certiorari denied.

No. 93–9327.  WHITE v. COLORADO.  Sup. Ct. Colo.  Certiorari
denied.

No. 93–9331.  TOWNLEY v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 93–9334.  MENDEZ v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 93–9339.  VINCENT v. REYNOLDS MEMORIAL HOSPITAL
ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–9340.  SMITH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–9341.  DE VONISH v. KEANE, SUPERINTENDENT, SING
SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 93–9347.  PATTERSON v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 93–9348.  PRENTZEL v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 93–9349.  METALLO v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–9350.  OSIRIS v. OREGON.  Sup. Ct. Ore.  Certiorari
denied.

No. 93–9351.  SMITH v. OKLAHOMA.  Ct. Crim. App. Okla.
Certiorari denied.

No. 93–9353.  SMITH v. DIXON, WARDEN.  C. A. 4th Cir.  Certiorari denied.